CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE. VA
FILED

DEC 3 0 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID PAUL JONES, | ) | Civil Action No. 7:09-cv-00326 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN, BKCC, | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus,

pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a Certificate of Appealability is **DENIED**; and

the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This _____30th_____ day of December, 2009.

_____
Senior United States District Judge